AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-mj-00114-STV |
| Felix Missael ALVA ) | |
| *Defendant(s)* ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about May 30, 2020, in the State and District of Colorado, the defendant Felix Missael ALVA, an alien illegally or unlawfully in the United States, did knowingly possess a firearm and ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(5)(A),

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

☒ Continued on attached sheet.

s/Ryan P. McKone
*Complainant's signature*

Ryan P. McKone, Special Agent, ATF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: August 13, 2020

*Judge's signature*

City and state: Denver, CO

Scott T. Varholak
United States Magistrate Judge
*Printed name and title*