DEFENDANT:       Felix Missael ALVA

YEAR OF BIRTH:  1990   AGE: 29

ADDRESS:        910 Nile St, Aurora, CO 80010

OFFENSE:        COUNT 1:  KNOWINGLY POSSESSED A FIREARM WHILE BEING ILLEGALLY or UNLAWFULLY in the UNITED STATES, IN VIOLATION OF 18 U.S.C. § 922(g)(5)(a)

LOCATION OF
OFFENSE:        DENVER COUNTY, COLORADO
(County and State)

PENALTY:        COUNT 1:   NMT 10 YEARS IMPRISONMENT; NMT $250,000 FINE OR BOTH; NMT 3 YEARS SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT FEE

AGENT/DEPUTY:  Ryan Mckone, ATF SPECIAL AGENT

AUTHORIZED BY: Dorothy DiPascali,
                    SPECIAL ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

  __X__ five days or less        _____ over five days _____ other

THE GOVERNMENT

  __X__  Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

  _____  Will not seek detention.


The statutory presumption of detention [is ( **is not** ) applicable to this defendant.

OCDETF case: _____ Yes __X___ No